168874 C

| | |
|---|---|
| HALYE YOCHIM AND PECK NORMAN YOCHIM | DOCKET NO.        DIV. |
| | 21ST JUDICIAL DISTRICT COURT |
| VERSUS | |
| DELBERT EARL MARTIN, KIST, LLC, AND LOUISIANA FARM BUREAU CASUALTY INSURANCE COMPANY | PARISH OF LIVINGSTON |
| | STATE OF LOUISIANA |
| FILED _____ | DEPUTY CLERK: _____ |

## PETITION FOR DAMAGES

The petition of **HALYE YOCHIM and PECK NORMAN YOCHIM**, both persons of the full age of majority and domiciled in Tangipahoa Parish, State of Louisiana, who respectfully represent the following:

1.

Made Defendants herein are:

(a) **Delbert Earl Martin,** an individual of the full age of majority who is domiciled in Geneva County, Alabama;

(b) **Kist, LLC,** a foreign limited liability company, organized under the laws of Alabama, with its principal place of business in Geneva County, Alabama, and on information and belief not registered to do business in Louisiana, but doing business in Louisiana;

(c) **Cypress Insurance Company,** a foreign insurer authorized to do and doing business in the State of Louisiana, which may be served through the Louisiana Secretary of State at 8585 Archives Avenue, Baton Rouge, Louisiana, 70809;

(d) **Louisiana Farm Bureau Casualty Insurance Company,** and or an affiliate thereof, a Louisiana domiciled insurance corporation authorized to do and doing business in the State of Louisiana, which may be served through its registered agent for service of process, Bob Warner, Jr., 9516 Airline Highway, Baton Rouge, LA 70815;

2.

Jurisdiction and venue are proper in this Court under Code of Civil Procedure article 42, section (5) and under Code of Civil Procedure article 74.

3.

On or around December 13, 2019, Plaintiff Halye Yochim was operating a 2006 Jeep Wrangler, owned by her father, Peck Norman Yochim, in Livingston Parish, Louisiana on Interstate I-12 West in the middle lane of the three-laned roadway.

4.

On the same day and time above, Defendant Delbert Earl Martin was operating a 2002 Peterbilt Semi Truck in the far right lane of Interstate I-12 West. Suddenly and without warning Defendant, Delbert Earl Martin, attempted to switch lanes, at which time the left rear portion of his vehicle came into contact with the right front side of the vehicle driven by Halye Yochim. The

**EXHIBIT 1**

initial impact pushed Yochim's vehicle from the middle lane into the left lane. When Yochim tried to correct the vehicle, a second impact occurred with the Defendant's vehicle, causing Yochim to lose control of her vehicle and crash into a nearby wooded area. The incident resulted in multiple violent jarring actions, causing personal injuries to Yochim.

6.

At all relevant times, Hayle Yochim operated the vehicle owned by Peck Norman Yochim in a safe and prudent manner and in no way contributed to the collision or the damages sustained by Plaintiffs.

7.

At all relevant times, upon information and belief, Delbert Earl Martin was in the course and scope of his employment with Kist, LLC or operating the vehicle owned by Kist, LLC with the knowledge and permission of Kist, LLC.

8.

At all relevant times, upon information and belief, Cypress Insurance Company provided insurance coverage for Delbert Earl Martin and/or Kist, LLC, for the acts of negligence being asserted herein.

9.

As a direct and proximate result of the above described accident, Plaintiff, Halye Yochim, has suffered personal injuries.

10.

As a direct and proximate result of the above described accident, Plaintiff, Peck Norman Yochim, has suffered property damage to his 2006 Jeep Wrangler.

11.

The above described accident and resulting damages were caused by the negligence of Defendant, Delbert Earl Martin in the following nonexclusive ways:

(A)  Failing to yield;
(B)  Failing to properly signal a lane change;
(C)  Failing to ensure proper clearance before changing lanes;
(D)  Failing to maintain a proper lookout;
(E)  Careless operation of a motor vehicle;
(F)  Other acts of negligence which may be shown at trial.

12.

As a result of the sole fault and negligence of Defendants, Plaintiff, Halye Yochim, is entitled to recover the following past, present and future damages for the injuries she sustained in the aforementioned accident:

(A)  Physical and mental pain, suffering, and anguish;

(B) Physical disability and/or impairment of functions and activities;

(C) Loss of enjoyment of life;

(D) Lost wages and/or loss of future earning capacity;

(E) Past, present, and future medical expenses;

(F) Permanent disability;

(G) Any and all additional damages which may be shown at trial.

13.

As a result of the sole fault and negligence of Defendants, the Plaintiff, Peck Norman Yochim, is entitled to recover the following:

(A) Property damage, including but not limited to damage to his 2006 Jeep Wrangler, loss of use, and diminished value;

(B) Rental reimbursement;

(C) Any and all additional damages which may be shown at trial.

14.

Plaintiffs allege on information and belief that at the time of this accident, there was in full force and effect a policy of liability insurance issued by Cypress Insurance Company, inuring to the benefit of Delbert Earl Martin and/or Kist, LLC, and which insurance inures to the benefit of Plaintiffs under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:1269, and provides coverage to Plaintiffs for the damages and other losses alleged herein.

15.

Plaintiffs allege that at the time of the subject collision, Defendant, Louisiana Farm Bureau Casualty Insurance Company, had in full force and effect a policy of automobile liability insurance which provided Plaintiffs with coverage, including but not limited to uninsured / underinsured motorist coverage and medical payments, and under the laws of the State of Louisiana and which affords coverage and other benefits to Plaintiffs.

16.

Plaintiffs' damages exceed the threshold for a jury and therefore request a trial by jury.

**WHEREFORE**, petitioners Halye Yochim and Peck Norman Yochim pray that Defendants be duly cited and served with a copy of this Petition for Damages and be required to appear and answer same; and, after the expiration of all legal delays and due proceedings are had, petitioners pray that there be judgment in favor of Plaintiffs and against Defendants, *in solido*, for all general and equitable relief, in such amounts as are reasonable under the premises and fixed and awarded at trial, together with legal interest thereon from the date of judicial demand until paid, and for all costs of court, including but not limited to expert witness fees.

Respectfully submitted by:

**CARLETON HEBERT & SHOENFELT, LLC**

_____
Stephen C. Carleton (#14132)
Carmen T. Hebert (#33179)
J. Jacob Chapman (#33056)
400 Convention Street, Suite 550
Baton Rouge, Louisiana 70810
Telephone: (225) 282-0602
Facsimile: (877) 443-9889

*Counsel for Plaintiffs*

**PLEASE SERVE:**

**Delbert Earl Martin (via the Louisiana Long Arm Statute)**
703 W. Jernigan Avenue
Geneva, AL 36340

**Kist, LLC (via the Louisiana Long Arm Statute)**
703 W. Jernigan Avenue
Geneva, AL 36340

**Cypress Insurance Company**
through R. Kyle Ardoin
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**Louisiana Farm Bureau Casualty Insurance Company**
Through its registered agent for service of process:
Bob Warner, Jr.,
9516 Airline Highway
Baton Rouge, Louisiana 70815

4841-6247-4193, v. 2

168874

| | |
|---|---|
| HALYE YOCHIM AND PECK NORMAN YOCHIM | DOCKET NO.            DIV. |
| | 21ST JUDICIAL DISTRICT COURT |
| VERSUS | |
| DELBERT EARL MARTIN, KIST, LLC, AND LOUISIANA FARM BUREAU CASUALTY INSURANCE COMPANY | PARISH OF LIVINGSTON |
| | STATE OF LOUISIANA |
| FILED _____ | DEPUTY CLERK: _____ |

2020 DEC 14 PM 2:19
FILED
CLERK OF COURT
PARISH OF LIVINGSTON

**VERIFICATION**

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

Before me, the undersigned Notary Public, came and appeared, HALYE YOCHIM, who, after being duly sworn, did aver that she is the Plaintiff in the above and foregoing Petition for Damages, that she has reviewed all of the allegations of facts contained therein, and she agrees that they are true and correct to the best of her knowledge, information and belief.

*Halye Yochim*
HALYE YOCHIM

Sworn and subscribed in Baton Rouge, Louisiana on this 11th day of December, 2020.

Notary Name: Jacob Chapman
Notary No.: 33056
Commission expires: at death

4841-6247-4193, v. 2